IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>           Plaintiff,           )<br>                               )<br>   vs.                         )<br>                               )<br>GEORGE W. DOTSON,              )<br>                               )<br>           Defendant.          ) | Case No. 8:06CR116<br><br>**SCHEDULING ORDER** |

    **IT IS ORDERED** that the following is set for hearing on **Thursday, September 21, 2006 at 10:30 a.m.** before Magistrate Judge F. A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska:

    - Initial Appearance/Arraignment on the Third Superseding Indictment

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 31st day of August 2006.

    BY THE COURT:

    s/ F. A. Gossett
    United States Magistrate Judge